Stacey L. Herter (SBN: 185366)
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  stacey.herter@bryancave.com

Marc H. Phelps (SBN: 237036)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:  marc.phelps@bryancave.com

Attorneys for Defendants
RECONTRUST COMPANY, N.A. and
COUNTRYWIDE HOME LOANS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAURA LOPEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. CV08-08035 JFW (FFMx)<br><br>[Assigned to Hon. John F. Walter]<br><br>**ENTRY OF JUDGMENT OF DISMISSAL** |

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1.     On November 5, 2008, Plaintiff Laura Lopez ("Plaintiff") filed the instant action against Defendants Recontrust Company, N.A., and Countrywide Home Loans, Inc. (collectively "Defendant").

2.     On December 5, 2008, Defendant timely removed the action from the

SM01DOCS716394.1

**[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL**

1  Superior Court for the County of Los Angeles to this Court.

2       3.    On December 10, 2008, Defendant filed a motion to dismiss to each of
3  the three causes of action asserted in Plaintiff's Complaint based on the uncertainty
4  of the claims and Plaintiff's failure to state a valid cause of action.  The motion to
5  dismiss was scheduled for hearing on February 2, 2009.

6       4.    On January 6, 2009, the Court sustained Defendant's unopposed
7  motion to dismiss with leave to amend.  The Court's order provided that Plaintiff
8  was required to file an amended complaint by January 15, 2009, or the case would
9  be dismissed with prejudice.

10      5.    Plaintiff failed to file an amended complaint by January 15, 2009.

11 Accordingly, for the reasons set forth above, **IT IS ORDERED,**
12 **ADJUDGED AND DECREED** as follows:

13 That Defendants have judgment against Plaintiff Laura Lopez on all claims,
14 that Plaintiff take nothing by virtue of her complaint, and that this action is hereby
15 dismissed, with prejudice.

16 Dated:  January 21, 2009

                           Hon. John F. Walter, District Court Judge
                           United States District Court
                           Central District of California

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414